# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

OCTAVIOUS BRYANT

**WARRANT FOR ARREST**

CASE NUMBER: 3:06mj31-SRW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __OCTAVIOUS BRYANT__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possess a firearm after being convicted of a felony offense,

in violation of Title __18__, United States Code, Section(s) __922(g)(1)__.

| SUSAN RUSS WALKER | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 4/18/06  Montgomery, AL |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____  by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest