FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr116-WKW |
| | ) | [18 USC 922(g)(1)] |
| OCTAVIOUS CHARLIE BRYANT | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about April 15, 2006, in Lee County, within the Middle District of Alabama,

OCTAVIOUS CHARLIE BRYANT,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama, to-wit:

1) November 10, 1997, Possession of Cocaine, in the Circuit Court of Lee County, Alabama, CC-97-1095;

2) November 10, 1997, Possession of Marijuana in the First Degree, in the Circuit Court of Lee County, Alabama, CC-97-1094;

did knowingly possess in and affecting commerce the following firearms and ammunition, to-wit:

1) A BKW 92 Sporter, .223 caliber rifle, serial number D72017;

2) A Taurus, .357 magnum caliber handgun, serial number YC2885577;

3) One round of .357 Magnum ammunition, headstamp bearing the letters "R" and "P";

4) Three rounds of .38 Special ammunition, headstamp bearing the letters "R" and "P";

5) Two rounds of .38 Special ammunition, headstamp bearing the letters "S" and "B";

all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

OCTAVIOUS CHARLIE BRYANT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

> **One BKW 92 Sporter .223 caliber rifle, serial number D72017;**
>
> **One Taurus .357 Magnum caliber handgun, serial number YC2885577;**
>
> **One round of .357 Magnum ammunition, headstamp bearing the letters "R" and "P";**
>
> **Three rounds of .38 Special ammunition, headstamp bearing the letters "R" and "P";**
>
> **Two rounds of .38 Special ammunition, headstamp bearing the letters "S" and "B".**

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred, sold to, or deposited with a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
John T. Harmon
Assistant Untied States Attorney

*[signature]*
K. David Cooke, Jr.
Assistant United States Attorney