IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 3:06cr116-WKW |
| ) | |
| OCTAVIOUS CHARLIE BRYANT ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:  United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>MAY 17, 2006</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>OCTAVIOUS CHARLIE BRYANT</u> before the United States District Court at 5B Courtroom, on the 17TH day of MAY, 2006, at 10:00.

DONE, this the 3rd day of May, 2006.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: *[signature]*
Deputy Clerk