| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 6/2/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:26 - 9:28 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:06cr116-WKW    **DEFENDANT(S):** Octavious Charlie Bryant

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| David Cooke | * | Christine Freeman |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:**    None

☐ **PLEA STATUS:**    Possible Trial

☐ **TRIAL STATUS**
　　　　　　　　　　**2 days for trial**
　　　　　　　　　　**10/16/06 Trial Term**

☐ **REMARKS: Defendant may file a motion for new counsel**