| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 7/17/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:30 - 9:35 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:06cr116-WKW     **DEFENDANT(S):** Octavious Charlie Bryant

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * * * | Jennifer Hart |
| | * * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**     Possible Trial

☐ **TRIAL STATUS**
    2 days for trial
    10/16/06 Trial Term

☐ **REMARKS:**
    Defense Counsel Jennifer Hart and Donnie Bethel participate in an exparte discussion with Court