## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
### Montgomery, Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED: 7/18/06  DIGITAL RECORDING: 2:03 - 2:36

DATE COMPLETED:  7/18/06

USA                                             *           3:06cr116-WKW

vs                                              *

OCTAVIOUS CHARLIE BRYANT                        *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Appearance not required | * | Jennifer Hart |
|  | * | Donnie Bethel |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   EX PARTE HEARING (SEALED)

| Description | 3:06cr116-WKW USA vs. Octavious Charlie Bryant: Ex Parte Hearing | |
|---|---|---|
| **Date** | 7/18/2006  **Location** | Courtroom 5A |
| **Time** | **Speaker** | **Note** |
| 2:03:21 PM | Court | Convenes |
| 2:03:53 PM | Court | Record to be sealed until further order of the Court; Witness Sworn; Court gives explanation for hearing |
| 2:10:28 PM |  | Defendant expresses his thoughts to the Court-SEALED |
| 2:14:31 PM |  | Defense counsel addresses the Court-SEALED |
| 2:27:28 PM | Court | Addresses Issues- SEALED |
| 2:36:31 PM |  | Recess |