IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
v.                               )        CASE NO. 2:06CR116-WKW
                                 )        [WO]
OCTAVIOUS CHARLIE BRYANT         )

## ORDER

At the pretrial conference conducted on 17 July 2006, defendant's counsel advised the court that there may be a conflict between the defendant and his lawyers. The court conducted an ex parte hearing on 18 July 2006, with the defendant present. Upon considerations of the representations made at the hearing, which has been SEALED until further order of the court, and pursuant to Rule 44 of the FED. R. CIV. PRO., it is ORDERED as follows:

1.    The court FINDS that there is a substantial conflict between the defendant and his lawyer.

2.    On or before 21 July 2006, the Federal Public Defender shall designate a panel attorney to represent the defendant.

3.    The new attorney may file any requests or motions with the Clerk of the court on or before 1 August 2006.

The court's issuance of this order is not an indication of the court's opinion that a motion should or should not be filed or that the defendant's or his lawyer's position is the correct position. *The only meaning that should be attached to this order is that the conflict*

*between the defendant and his lawyer warrants appointment of new counsel.*

DONE this 18th day of July, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE