MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:   Jimmy Dickens

❏ARRAIGNMENT          xCHANGE OF PLEA          ❏CONSENT PLEA

❏RULE 44(c) HEARING          ❏SENTENCING

**PRESIDING MAG. JUDGE:** _Vanzetta Penn McPherson_          **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _3:06cr116-WKW_          **DEFENDANT NAME:** _Octavious Charlie Bryant_

**AUSA:** _David Cooke_          **DEFENDANT ATTY:** _Everett McRae Urech_

Type Counsel:   ( ) Waived; ( ) Retained;  ( ) Panel CJA; (X) CDO

**USPO:** _Al Lancaster_

**Defendant** _____ **does** ____x____ **does NOT need and interpreter.**

**Interpreter present?** __x__ **NO** _____ **YES** **Name:** _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**          ❏ Not Guilty                                        ❏Nol Contendere

❏Not Guilty by reason of insanity

√❏Guilty as to:

√❏Count(s)_____1_____     of the Felony Indictment.

❏Count(s)_____ ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

√— **ORAL ORDER ADJUDICATING GUILT as to COUNT 1 of the Indictment**

√— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea
                                                                                  Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release
                    ❏ summons; for:

❏ Trial on _____ ; ❏ Sentencing on _____ ❏ _____Bond ❏ to be set by Separate Order

√ — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  √❏ Sentencing √ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.

Defendant Requested Release until sentencing; Court stated No Exceptional Circumstances; Defendant Remanded