## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. KEITH WATKINS JUDGE                                        AT MONTGOMERY, ALABAMA

DATE COMMENCED   NOVEMBER 20, 2006                              AT 10:50 A.M./P.M.

DATE COMPLETED   NOVEMBER 20, 2006                              AT 12:35  A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CR NO. 3:06cr116-WKW |
| | ) | |
| OCTAVIOUS CHARLIE BRYANT | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Terry Moorer | X | Atty. Everett Urech |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Josh Segall | Jimmy Dickens |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 10:50 a.m. | Court convened; sentencing hearing commenced. Plea agreement stated on the record; Court accepts plea agreement. Evidence to be presented.<br>Defendant's **Objections to PSR:**<br>1. Four level enhancement in offense level; 2. Two level role adjustment.<br>Evidence presented; objection to four-level enhancement overruled, objection to two-level role adjustment sustained. |
| 12:15 a.m. | Break |
| 12:25 a.m. | Hearing continues. Court's ORAL ORDER granting [36] Motion For Reduction in Criminal Offense Level for Acceptance of Responsibility;<br>Sentence imposed. |
| 12:35 a.m. | Hearing concluded. |