| | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT'S EXHIBITS 11/20/06 SENTENCING HEARING | | | | | UNITED STATES OF AMERICA v OCTAVIOUS CHARLIE BRYANT 3:06cr116-WKW | |
| | | | | | JUDGE KEITH WATKINS Jimmy Dickens, Court Reporter | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 11/20/06 | 11/20/06 | 1 | Brown | | Police Report |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | EXHIBIT LOCATED IN FOLDER WITH | |
| | | | | | CASE FILE | |
| | | | | | | |
| | | | | | | |
| | | | | | NO GOVERNMENT EXHIBITS | |