```
         IN THE UNITED STATES DISTRICT COURT FOR THE
          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA        )
v.                              )     Cr. No.  3:06cr116-WKW
                                )
OCTAVIOUS CHARLIE BRYANT        )
```

11/20/06 SENTENCING HEARING BEFORE JUDGE KEITH WATKINS

    GOVERNMENT                              DEFENDANT

<u>WITNESS LIST</u>

1. LaQuana Ross               3. Officer Robert Brown

2. Octavious Bryant          4. Detective Craig Vickers