IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cr-116-WKW |
| | ) |
| OCTAVIOUS BRYANT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The motion of the United States of America to add publication dates to the record (Doc. # 41-1) is GRANTED. The Clerk is directed to enter into the record the legal notice reflecting publication (Doc. # 41-2).

DONE this 5th day of June, 2007.

                /s/ W. Keith Watkins
              UNITED STATES DISTRICT JUDGE