**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr116-WKW |
| | ) | |
| **OCTAVIOUS BRYANT** | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on September 20, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Octavious Bryant to forfeit the following firearms:

>One BKW 92 Sporter .223 caliber rifle, serial number D72017;

>One Taurus .357 Magnum caliber handgun, serial number YC2885577 and miscellaneous ammunition.

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and

The Court finds that defendant Octavious Bryant had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461 (c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearms are hereby forfeited the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One BKW 92 Sporter .223 caliber rifle, serial number D72017;
>
> One Taurus .357 Magnum caliber handgun, serial number YC2885577 and miscellaneous ammunition.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this 28th day of June, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE